UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION | ) | |
| LABORERS WELFARE FUND,  et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Case No. 4:13CV510 RWS |
| | ) | |
| U.S. ENVIRONMENTAL SOLUTIONS, | ) | |
| L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

For the reasons stated by counsel and the Court on the record during today's hearing,

**IT IS HEREBY ORDERED** that, upon **payment of civil contempt fines in the amount of $550 to the Clerk of Court, defendant U. S. Environmental Solutions, L.L.C., and Shawn Mayall will have purged themselves of civil contempt.**

**IT IS FURTHER ORDERED** that defendant shall file any opposition to plaintiffs' motion for attorneys' fees [#31] within 10 days from the date of this Order.  If defendant does not object to the attorneys' fees sought, then it shall file a memorandum so stating by the same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23 day of December, 2013.