UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> Vs. <br><br> U.S. ENVIRONMENTAL SOLUTIONS, L.L.C., <br><br> Defendant. | Case No. 4:13CV510 RWS |

## MEMORANDUM AND ORDER

For the reasons stated by counsel and the Court on the record during today's hearing,

**IT IS HEREBY ORDERED** that, upon **payment of civil contempt fines in the amount of $550 to the Clerk of Court, defendant U. S. Environmental Solutions, L.L.C., and Shawn Mayall will have purged themselves of civil contempt.**

**IT IS FURTHER ORDERED** that defendant shall file any opposition to plaintiffs' motion for attorneys' fees [#31] within 10 days from the date of this Order. If defendant does not object to the attorneys' fees sought, then it shall file a memorandum so stating by the same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23 day of December, 2013.