UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) Case No. 4:13CV510 RWS |
| U.S. ENVIRONMENTAL SOLUTIONS, L.L.C., | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Without objection by defendant,

**IT IS HEREBY ORDERED** that plaintiffs' motion for attorneys' fees [#31] is granted, and defendant shall pay $1,973.93 to plaintiffs for attorneys' fees and costs incurred in connection with filing their motion for contempt.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2014.