UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) Case No. 4:13CV510 RWS ) |
| U.S. ENVIRONMENTAL SOLUTIONS, L.L.C., | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

As there has been no activity in this action since January 17, 2014,

**IT IS HEREBY ORDERED** that plaintiffs shall, within 14 days of the date of this Order, move for entry of final judgment, supported by all necessary affidavits and documentation, as well as proposed Orders for the Court's consideration, or file a stipulation for dismissal. Failure to comply with this Order may result in dismissal of this action.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2014.